APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID MAGERMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ROBERT MERCER | : | NO. 2:17-cv-2083 |

## ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of _Jason C. Schwartz_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                                                                J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:17-cv-2083

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Jason C. Schwartz__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number [n/a; credit card payment], for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Virginia | 06/07/1999 | 43635 |
| District of Columbia | 01/10/2000 | 465837 |
| Maryland | 06/08/2010 | [none issued] |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

PLEASE SEE ATTACHED LIST OF FEDERAL ADMISSIONS

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| | | |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for Robert Mercer

(Applicant's Signature)

6/22/17
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave NW, Washington, DC 20036
(202) 955-8500

Sworn and subscribed before me this
22 Day of June, 2017

Notary Public

10/04

# JASON C. SCHWARTZ

# FEDERAL COURT ADMISSIONS

| Court | Admission Date | Attorney Identification Number (if any) |
|---|---|---|
| U.S. Supreme Court | 3/21/2011 | |
| U.S. Court of Appeals for the 1st Circuit | 7/14/2016 | 1175600 |
| U.S. Court of Appeals for the 3rd Circuit | 8/11/2011 | |
| U.S. Court of Appeals for the 4th Circuit | 6/14/1999 | |
| U.S. Court of Appeals for the 5th Circuit | 4/27/2015 | |
| U.S. Court of Appeals for the 6th Circuit | 6/10/2015 | |
| U.S. Court of Appeals for the 7th Circuit | 7/8/2015 | |
| U.S. Court of Appeals for the 9th Circuit | 9/28/2006 | |
| U.S. Court of Appeals for the 11th Circuit | 4/11/2011 | |
| U.S. District Court for the Eastern District of Virginia | 8/20/1999 | |
| U.S. District Court for the District of Columbia | 5/14/2001 | 465837 |
| U.S. District Court for the District of Maryland | 8/5/2002 | 15492 |
| U.S. District Court for the Eastern District of Michigan | 4/22/2010 | |
| U.S. District Court for the Western District of Pennsylvania | 4/2008 | |
| U.S. Bankruptcy Court for the Eastern District of Virginia | 10/25/2002 | |

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Jason C. Schwartz___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Melanie L. Katsur | *signature* | 06/09/2009 | 88458 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Gibson, Dunn & Crutcher LLP

1050 Connecticut Ave NW, Washington, DC 20036

(202) 955-8500


Sworn and subscribed before me this

26th Day of June, 2017.

*Jennifer Gooding*
Notary Public

[Notary Seal: JENNIFER GOODING, NOTARY PUBLIC, DISTRICT OF COLUMBIA, EXP. 1-31-21]

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID MAGERMAN : CIVIL ACTION
:
v. :
:
ROBERT MERCER :
: NO. 2:17-cv-2083

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _Jason C. Schwartz_ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

to H. Robert Fiebach, counsel for Plaintiff, via the court's CM/ECF system

_(signature)_
Signature of Attorney
Jason C. Schwartz
Name of Attorney

Melanie L. Katsur
Name of Moving Party

6/26/17
Date