APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID MAGERMAN : CIVIL ACTION
:
v. :
:
ROBERT MERCER :
: NO. 2:17-cv-2083

ORDER

AND NOW, this        Day of          , 20   , it is hereby

ORDERED that the application of Mylan L. Denerstein, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:17-cv-2083

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Mylan L. Denerstein__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number [n/a; credit card payment], for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| New York | 1994 | 2620730 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| Second Circuit | 01/13/2015 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| E.D.N.Y. | 2015 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| S.D.N.Y | 2015 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for* __Robert Mercer__

_____
(Applicant's Signature)

6/22/17
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Gibson, Dunn & Crutcher LLP

200 Park Avenue, New York, NY 10166-0193

(212) 351-4000

Sworn and subscribed before me this
22 day of June, 2017

_____
Notary Public

CLARA JEAN CASTLE
Notary Public, State of New York
No. 4883756
Qualified in Westchester County
Certificate filed in New York County
Commission Expires Jan. 26, 2019

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Mylan L. Denerstein___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Melanie L. Katsur | *[signature]* | 06/09/2009 | 88458 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Gibson, Dunn & Crutcher LLP

1050 Connecticut Ave NW, Washington, DC 20036

(202) 955-8500

Sworn and subscribed before me this

26th Day of June, 2017.

*[signature]  Jennifer Gooding*
Notary Public



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID MAGERMAN : CIVIL ACTION
:
v. :
:
ROBERT MERCER :
: NO. 2:17-cv-2083

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Mylan L. Denerstein

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was served as follows:

to H. Robert Fiebach, counsel for Plaintiff, via the court's CM/ECF system

*[signature]*
Signature of Attorney

Mylan L. Denerstein
Name of Attorney

Melanie L. Katsur
Name of Moving Party

6/26/17
Date